Case 2:19-cr-00190-EEF-DMD   Document 74   Filed 01/24/20   Page 1 of 2



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2020 JAN 24 A 11: 43
Carol L. Michel
~~WILLIAM W. BLEVINS~~  cc
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-190 |
| v. | * | SECTION: "L" |
| MARVIN SIMS | * | |
| GERARD BROWN  a/k/a "Twin" | * | |
| PAUL THOMAS  a/k/a "Paul Smith" | * | |
| WAYNE BROWN  a/k/a "Bop" | * | |
| JAMAR ARMSTRONG  a/k/a "Mal" | * | |
| EDGARDO RUIZ  a/k/a "G" | * | |

* * *

### GOVERNMENT'S MOTION AND
### INCORPORATED MEMORANDUM TO UNSEAL INDICTMENT AND RECORD

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America, and respectfully moves this Honorable Court to unseal the Superseding Indictment and record in the above-captioned matter.

\_\_\_ Fee _____
\_\_\_ Doc. No. _____

The circumstances that justified sealing the record have resolved.

**WHEREFORE**, it is respectfully requested that the Court unseal the above-captioned.

Respectfully,

PETER G. STRASSER
UNITED STATES ATTORNEY

DAVID HALLER
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3117

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2020, I filed the foregoing with the Clerk of Court and provided a copy to defense counsel of record via electronic mail.

DAVID HALLER
Assistant United States Attorney

2